NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30129
27-OCT-2010
09:22 AM**

NO. 30129

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
SHANE KAUI, II, Defendant-Appellant and
JUSTIN KAANOI, aka Justin Wilcox, Defendant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0058)

ORDER APPROVING DEFENDANT-APPELLANT'S
STIPULATION FOR DISMISSAL OF APPEAL
(By: Reifurth, J. for the court[1])

Upon consideration of the Stipulation for Dismissal of
the Appeal filed by Defendant-Appellant Shane Kealii Kaui, II,
the papers in support, and the records and files herein, it
appears that: (1) Appellant wishes to dismiss his appeal;
(2) Appellant's declaration shows that Appellant understands the
consequences of dismissing his appeal and that the dismissal is
voluntary. Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal
of the Appeal is approved, and this appeal is dismissed pursuant
to Hawai'i Rules of Appellate Procedure Rule 42(c).

DATED: Honolulu, Hawai'i, October 27, 2010.

FOR THE COURT:

Associate Judge

---

[1] Considered by: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.